1644

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21-174 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 1791(a)(2) and 1791(b)(4)) |
| | ) | |
| WILLIAM KELLY PENN | ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about February 20, 2021, in the Western District of Pennsylvania, the defendant, WILLIAM KELLY PENN, an inmate in custody at the Butler County Prison, a prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the Attorney General, did knowingly and intentionally possess a prohibited object, to wit: a phone or other object used by a user of commercial mobile service (as defined in Section 332(d) of Title 47) in connection with such service.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(4).

FILED

APR 21 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference, as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 4012. As a result of his commission of this offense, defendant WILLIAM KELLY PENN, shall forfeit to the United States any and all contraband seized on or about February 20, 2021, including, but not limited to, the following: one SIM card displaying 8919601000 245307380 and one cellular telephone.

A True Bill,

_David Toher_
Foreperson

_[signature]_
STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108