OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN                              DISTRICT OF _____ PENNSYLVANIA _____

UNITED STATES OF AMERICA

**EXHIBIT LIST**

V.

WILLIAM KELLY PENN                                    Case Numbers:  08-224/18-125/21-174

| PRESIDING JUDGE | | | | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| NORA BARRY FISCHER | | | | B. RISACHER | A. LIPSON |
| HEARING DATE | | | | COURT REPORTER | COURTROOM DEPUTY |
| 4/29/2021 | | | | D. ROWE | B. KRAVETZ |
| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | J | 4/29/21 | X | X | Supporting Character Letter from Ronald Shaw |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.