IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 21-174 |
| | ) |
| WILLIAM KELLY PENN, | ) |
| Defendant. | ) |

## CHANGE OF PLEA

AND NOW, the Defendant, William Kelly Penn, in the above entitled case hereby withdraws his plea of NOT GUILTY entered April 28, 2021, and now pleads GUILTY to Count 1, in open court this 29th day of April, 2021.

_William Kelly Penn - by AZL_
Defendant

_[signature]_
Attorney